EVELYN PUCINO, Respondent, v. DANTO PIETROFORTE, Appellant. ANGELO PUCINO, Respondent, v. DANTO PIETROFORTE, Appellant.— Judgment unanimously affirmed, with one bill of costs, pursuant to the stipulation made at the time the actions were consolidated. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DI LEO, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADAM SCHMITT, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

REBECCA G. BOWEN, Plaintiff, v. PAUL W. HORGAN and Others, Defendants, and PHILIP KANTER and SAMUEL GOLDINGER, Assignees of TRACHSON BUILDING CORPORATION, Purchasers, Appellants, and AGNES VERLIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of VICTOR NAGLER, Petitioner, for the Removal of J. CHARLES ZIMMERMAN, as City Judge of the City of Long Beach, Respondent.* — Close attention to the proprieties should have bid respondent not to participate in the Tisch trial. However, the court finds that respondent had no corrupt or other improper motive in presiding at that and the Manowitz trials. All charges are dismissed. Lazansky, P. J., Young and Tompkins, JJ., concur; Hagarty, J., concurs in result; Davis, J., not voting.

MORRIS LEVINSON and Others, Respondents, v. BERNARD SHAPIRO, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ISRAEL BASSIS, Appellant, v. ESTHER AVIS CURLIN BASSIS, Respondent.— Order affirmed, without costs. In our opinion, all of the facts in connection with the relationship of these parties should be brought out upon the trial and a determination made thereon. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.